# United States District Court

E-FILING

FILED

__NORTHERN__ DISTRICT OF __CALIFORNIA__

2008 MAR 13 A 11: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Mario Alberto MEDINA-Rodriguez

(Name and Address of Defendant)

## CRIMINAL COMPLAINT
## 08-70143 RS

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __December 21, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/13/08__                                at    __San Jose, California__
Date                                                 City and State

Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE                   _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

RE: Mario Alberto MEDINA-Rodriguez                                              A 79 371 178

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)   The DEFENDANT, Mario Alberto MEDINA-Rodriguez A#79 371 178 (Aka: Mario ALBERTO), is a 37 year-old single male whose Date of Birth is currently understood to be September 15, 1970. He is a citizen and native of Guadalajara, Mexico, as substantiated by sworn statements made to that effect by the DEFENDANT on both July 22, 2003 and August 22, 2007;

(2)   The DEFENDANT has been assigned Alien Registration number of A 79 371 178, FBI number of 293242DB7, and California Criminal State ID Number of A10774542;

(3)   On February 25, 2000, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: PETTY THEFT W/PRIOR CONVICTIONS, a Felony, in violation of California Penal Code Section 666 for which the DEFENDANT was sentenced to one year and four months in jail and probation;

(4)   On March 20, 2002, the DEFENDANT was determined to be unlawfully present in the United States and was issued a Final Order of Removal by the IHP Director Bakersfield, California and ordered removed from the United States to Mexico;

(5)   On July 22, 2003, the DEFENDANT was determined to be unlawfully present in the United States and ordered removed from the United States by order of the Interim Field Office Director San Francisco, California to Mexico;

(6)   On May 14, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Sacramento, for three offenses of the following charge: CHILD CRUELTY POSSIBLE INJURY/DEATH, a Felony, in violation of California Penal Code Section 273 (a) (a) for which the DEFENDANT was sentenced to three-hundred and sixty-five days in jail;

**RE:** Mario Alberto MEDINA-Rodriguez                                                                                      **A 79 371 178**

(7)     On August 23, 2007, the DEFENDANT was determined to be unlawfully present in the United States and ordered removed from the United States by order of the Assistant Field Office Director San Francisco, California to Mexico;

(8)     On February 26, 2008, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: GRAND THEFT, a Felony, in violation of California Penal Code Section 484-487(a), for which the DEFENDANT was sentenced to one year in jail and probation;

(9)     The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(10)    On December 21, 2007, the DEFENDANT'S fingerprints were taken as part of the standard booking procedure at DRO/ICE San Jose. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with fingerprints of Mario Alberto MEDINA-Rodriguez (A#79 371 178) on official documents in his Administrative File. The latent print examiner determined that the fingerprints were identical and related to Mario Alberto MEDINA-Rodriguez (A#79 371 178).

RE: Mario Alberto MEDINA-Rodriguez                                             A 79 371 178

(11) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 13th day of March, 2008

Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE